# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

**APPEARANCE**

Maria Williams and John G. Williams,

    Plaintiffs,                                           MASTER FILE: 1:06-MD-1789 (JFK)

v.                                                                      Case No.: 1:07-CV-08795-JFK

Merck & Co., Inc.,

    Defendant.

To the clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Plaintiffs, Maria Williams and John G. Williams

I certify that I am admitted to practice in this court.

   December 7, 2007
Date

/s/
Timothy M. O'Brien, Florida Bar No. 055565
Levinal Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone        (850) 435-7004 fax