## UNITED STATES DISTRICT COURT

__SOUTHERN__    DISTRICT OF    __NEW YORK__

**APPEARANCE**

Maria Williams and John G. Williams,

    Plaintiffs,    MASTER FILE: 1:06-MD-1789 (JFK)

v.    Case No.: 1:07-CV-08795-JFK

Merck & Co., Inc.,

    Defendant.

To the clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Plaintiffs, Maria Williams and John G. Williams

    I certify that I am admitted to practice in this court.

__December 7, 2007__
Date

/s/
Meghan M. Tans, Florida Bar No. 0888745
Levinal Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax